**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Vernon ROBINSON, Defendant–Appellant.**

**No. 06–10222.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 19, 2007.

Thomas S. Dougherty, Esq., USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Vernon Robinson appeals from his guilty-plea conviction and 30–month sentence imposed for conspiracy in violation of 18 U.S.C. § 371, and access device fraud and aiding and abetting, in violation of 18 U.S.C. §§ 1029(a)(2) and 2.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Robinson's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Robinson filed a pro se supplemental brief. The Government did not file an answering brief.

We have reviewed the briefs and conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (appeal waiver valid when entered into knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.